## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rodney H.,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**KILOLO KIJAKAZI,** Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | NO. CV 20-10959 MEMF (KS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint (ECF No. 1), all of the records herein, the Joint Stipulation of the parties (ECF No. 24), the Report and Recommendation of United States Magistrate Judge ("Report") (ECF No. 26), and the Objections thereto (ECF No. 27). Having completed its review—and having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed—the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that the Commissioner's decision is AFFIRMED and Judgment shall be entered accordingly.

Dated: March 22, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MAAME EWUSI-MENSAH FRIMPONG
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge