JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY H., | ) NO. CV 20-10959 MEMF (KS) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

Dated: March 22, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge